UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL URIBE-BAUTISTA,<br><br>Defendant. | Case No. 13-cr-00002-RS-1<br><br>**ORDER TO SHOW CAUSE** |
|---|---|

In his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Docket No. 38), defendant Gabriel Uribe-Bautista raises multiple claims of ineffective assistance of counsel. Based on the government's asserted need for discovery in order fully to respond, this Court ordered on July 31, 2014 that defendant must, within 30 days, confirm his intent to go forward with each of his claims; and accordingly waive his attorney-client privilege in limited part to allow the government discovery as to attorney-client communications related to these claims. (Docket No. 43.) The Court has, to date, received no response from defendant.

The Court therefore now orders defendant to show cause on or before Friday, January 2, 2015 why it should not deny his Section 2255 motion pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. In his response, defendant also must indicate clearly whether he consents to a waiver of his attorney-client privilege. Should defendant fail to file a response addressing these concerns within this time frame, his Section 2255 motion will be denied and this matter concluded.

**IT IS SO ORDERED**.

Dated: November 14, 2014

RICHARD SEEBORG
United States District Judge